LAURA E. DUFFY
United States Attorney
CHARLOTTE E. KAISER
Assistant U.S. Attorney
California Bar No.: 256356
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Tel: 619-546-7282
Fax: (619) 546-0510

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14CR2802-DMS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY** |
| ERVIN ALLEN DUCKETT, | Date: January 30, 2015<br>Time: 11:00 a.m. |
| Defendant | The Honorable Dana M. Sabraw |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel Laura E. Duffy, United States Attorney, and Charlotte E. Kaiser, Assistant U.S. Attorney and hereby files its Notice of Motion and Motion for Reciprocal Discovery, which is based upon the files and records of this case.

//

//

//

//

I.

# MOTION FOR RECIPROCAL DISCOVERY

A. The Court Should Order Reciprocal Discovery Under Rule 16(b)

The United States already has complied with the requirements of Federal Rule of Criminal Procedure 16(a). Rule 16(b) should presently be determined to be operable as to Defendant in light of Defendant's discovery request.

The United States, pursuant to Rule 16(b), hereby requests that Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody, or control of Defendant and which he intends to introduce as evidence in his case-in-chief at trial. The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which he intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom Defendant intends to call as a witness. The United States also requests that the Court make such orders as it deems necessary under Rule 16(d)(l) and (2) to insure that the Government receives the discovery to which it is entitled. In addition, the United States requests defendant provide disclosure of expert witnesses subject to Rule 16(b)(1)(C).

B. The Court Should Order Discovery Under Rule 26.2

Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except any statement of Defendant. The rule provides for the reciprocal production of Jencks statements. The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. Therefore, the United States hereby requests that Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. This order should include any form these statements are memorialized in,

including, but not limited to, tape recordings, handwritten or typed notes, and/or reports.

## II.
## CONCLUSION

Accordingly, for the reasons set forth above or any other reason apparent to this court, the United States' motion should be granted.

DATED: December 11, 2014

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

/s/Charlotte E. Kaiser
Assistant United States Attorney

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **SOUTHERN DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14CR2802-DMS |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| ERVIN ALLEN DUCKETT, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Charlotte E. Kaiser, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' notice of motion and motion for reciprocal discovery on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Greg Murphy

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: January 26, 2015      /s/Charlotte E. Kaiser
                                Assistant United States Attorney